Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor,
HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-AF1, it assignees and/or successors, and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 10-19227-lbr |
| Lisa Marie Wark<br>Steven James Wark,  | Chapter 7 |
| Debtors. | NO HEARING |
| | **STIPULATION TO MODIFY AUTOMATIC STAY** |

     Secured Creditor, HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-AF1, it assignees and/or successors, and the servicing agent Americas Servicing Company ("Secured Creditor") and Debtors, Lisa Marie Wark and Steven James Wark by and through their respective Attorneys of record STIPULATE as follows.

1. This Order affects the real property commonly known as 7730 Brambly Creek Court, Las Vegas, NV 89129.

2. The automatic stay provisions of 11 U.S.C. §362 are hereby terminated to the extent necessary to enable Secured Creditor and Debtor to negotiate a loan modification agreement relative to the subject real property;

3. Debtor understands that this is not an agreement to modify the subject loan and there is no guarantee that an agreement regarding loan modification will be reached;

4. In the event a loan modification agreement is reached further court approval of any such agreement may be required and Secured Creditor and Debtor agree to cooperate to obtain such approval;

IT IS SO STIPULATED.

Submitted by:

/s/  Christopher K. Lezak, Esq.
Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117,
Attorney for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH ALTERNATIVE NOTE ASSET TRUST, SERIES 2007-AF1

Ambrish S. Sidhu, Esq.
Ambrish S. Sidhu, Esq.
810 South Casino Center Boulevard
Suite 104
Las Vegas, NV 89101

# # #

M&H File No. NV09-5807
09-11859-BAM

**CERTIFICATE OF SERVICE**

On 9/8/2010, I served the foregoing **PROOF OF SERVICE OF PROPOSED STIPULATION AND ORDER MODIFYING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Ambrish S. Sidhu
asidhu@sidhulawfirm.com

TRUSTEE
James F. Lisowski, Sr.
jfltrustee@aol.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                      /s/ Ciprian Scutariu
                                                      Ciprian Scutariu

On 9/7/2010, I served the foregoing **PROOF OF SERVICE OF PROPOSED STIPULATION AND ORDER MODIFYING AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Lisa Marie Wark
7730 Brambly Creek Court
Las Vegas, NV 89129

Steven James Wark
7730 Brambly Creek Court
Las Vegas, NV 89129

SPECIAL NOTICE
Americas Servicing Company
Attn: Managing Agent
PO Box 10328
Des Moines, IA 50306

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                      /s/ Hue Banh
                                                      Hue Banh