**Entered on Docket**
**September 13, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Attorney for: Secured Creditor, HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-AF1, it assignees and/or successors, and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 10-19227-lbr |
| | ) |
| Lisa Marie Wark | ) Chapter 7 |
| Steven James Wark, | ) |
| | ) NO HEARING |
| Debtors. | ) |
| | ) **ORDER ON STIPULATION TO MODIFY** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) |

    The parties agreed to the terms set forth in the Adequate Protection Stipulation filed on 9/8/2010 as document #37 and are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER*